

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00041-CR

**MILTON LEE GARDNER,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 13074-A

## O R D E R

Milton Lee Gardner was convicted and sentenced on January 31, 2014 for the offense of aggravated assault/family violence. TEX. PENAL CODE ANN. § 22.02(b)(1) (West 2011). The record in this appeal has not yet been filed. We have been provided documentation by Gardner, however, that indicates Gardner was represented by counsel at trial but that Gardner subsequently filed a pro se notice of appeal. Further, we have no indication whether trial counsel has withdrawn from representing Gardner or whether new counsel has been appointed to represent Gardner on appeal.

Accordingly, this case is abated to the trial court to hold a hearing within **28 days** from the date of this order to consider whether Gardner is indigent, whether trial counsel continues to represent Gardner on appeal, and if not, whether to appoint new counsel for Gardner.  *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051, 26.04 (West Supp. 2013).  Supplemental Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings are ordered to be filed within **49 days** from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal abated
Order issued and filed February 27, 2014